| Attorney or Party without Attorney:<br>X-PATENTS, APC<br>5670 LA JOLLA BLVD.<br>LA JOLLA, CA 92037<br>Telephone No: 858-454-4313 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>SHOT SHOW |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: SUREFIRE, LLC, ETC.
Defendant: CASUAL HOME WORLDWIDE, INC., ETC., ET AL.

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>12CV0125 BTM CAB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served:                           FENIXLIGHT LIMITED
   b. Person served:                          MING CHANG, AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served:        SHOT SHOW CONVENTION
                                               201 SANDS AVE, BOOTH 5111
                                               LAS VEGAS, NV  89109

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 18, 2012 (2) at: 10:35AM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOHN WILKS                                            d. *The Fee for Service was:*
   b. **ProLegal**                                          e. I am: Independent Contractor
      1706 S. Figueroa Street
      LOS ANGELES, CA  90015
   c. (213) 481-8100, FAX (213) 763-8440

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Fri, Jan. 20, 2012

Judicial Council Form                    PROOF OF SERVICE              (JOHN WILKS)
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                              4007692.xpate.46775